KENNETH E. HIGGINS and DEETE HIGGINS, on behalf of themselves and all others similarly situated,

     Appellants,

v.

COMMONWEALTH LAND TITLE INSURANCE COMPANY,

     Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2284

Opinion filed July 14, 2015.

An appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

John S. Mills and Courtney Brewer of the Mills Firm, P.A., Tallahassee; Robert J. Axelrod of Axelrod & Dean LLP, New York, New York; P. Scott Russell, IV of P. Scott Russell, P.A., Jacksonville; Jeffery M. Liggio and Geoff S. Stahl of Liggio Benrubi, West Palm Beach, for Appellants.

Peter D. Webster of Carlton, Fields, Jorden, Burt, P.A., Tallahassee; Marty J. Solomon and Joseph H. Lang, Jr. of Carlton, Fields, Jorden, Burt, P.A., Tampa, for Appellee.

Alexandra J. Overhoff, Tallahassee, for Amicus Curiae Florida Land Title Association.

PER CURIAM.

     AFFIRMED.  See generally Bleich v. Chicago Title Ins. Co., 117 So. 3d 1163, 1165 (Fla. 3d DCA 2013), review denied, 134 So. 3d 445 (Fla. 2014).

ROBERTS, C.J., BENTON, and LEWIS, JJ., CONCUR.